| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Pregerson, Harry | 2. Court or Organization United States Court of Appeals for Ninth Circuit | 3. Date of Report 06/24/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

21800 Oxnard Street
Suite 1140
Woodland Hills, Ca 91367

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Marine Corps Reserve Officers Association |
| 2. | Member | Advisory Board, Childhelp USA |
| 3. | Member | Advisory Board of Directors, Metropolitan Division, The Salvation Army |
| 4. | Member | Board of Directors, Devil Pups, Inc |
| 5. | Member | Advisory Board, Foundation for Pierce College |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of California Judge's Retirement System | $17,387.00 |
| 2. 2013 | Raymond James & Assoc - IRA | $1,138.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Los Angeles Community College District - Salary |
| 2. 2013 | CA Public Employees Retirement System |
| 3. 2013 | CA State Teachers Retirement System |
| 4. 2013 | Raymond James & Associates IRA |
| 5. 2013 | Wells Fargo IRA |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot ▇, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 2. Lot ▇, Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 3. Lot ▇, Woodland Hills, CA | | None | O | W | | | | | |
| 4. Ltd Partnership Interest-Penn Cal Investors, Pittsburgh,PA | G | Rent | O | U | | | | | |
| 5. CGM403(B) Custodian UIPL LA Community College (H) | | | | | | | | | |
| 6. - CG Capital Markets Money Market Fund | A | Dividend | | | Closed | 03/31/13 | K | | |
| 7. - CG Capital Markets Core Fixed Income Fund | A | Dividend | | | Buy (add'l) | 03/08/13 | L | | |
| 8. | | | | | Sold | 03/18/13 | L | A | |
| 9. - CG Capital Markets Lg Capital Value Investments | A | Dividend | | | Sold | 03/18/13 | M | E | |
| 10. - CG Capital Markets Sm Capital Value Investments | A | Dividend | | | Buy (add'l) | 03/08/13 | J | | |
| 11. | | | | | Sold | 03/18/13 | K | B | |
| 12. - CG Capital Markets Emerging Markets Investments | A | Dividend | | | Sold | 03/18/13 | L | B | |
| 13. - CG Capital Markets International Fixed Income Investments | A | Dividend | | | Sold | 03/18/13 | L | A | |
| 14. - CG Capital Markets International Equity Investments | A | Dividend | | | Buy (add'l) | 03/08/13 | K | | |
| 15. | | | | | Sold | 03/18/13 | M | D | |
| 16. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | | | Sold | 03/18/13 | M | E | |
| 17. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | | | Buy (add'l) | 03/08/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 03/18/13 | K | D | |
| 19. CG Capital markets High Yield Investments | A | Dividend | | | Sold | 03/08/13 | K | B | |
| 20. Morgan Stanley Joint A/C (H) | | | | | | | | | |
| 21. Chase cash accounts | A | Interest | L | T | | | | | |
| 22. - CG Capital Markets International Equity Investments | A | Dividend | | | Sold | 03/06/13 | L | D | |
| 23. - CG Capital Markets Lg Cap Growth Investment | A | Dividend | | | Sold | 03/06/13 | M | E | |
| 24. - Citicorp Trust Bank | A | Interest | | | Distributed | 03/06/13 | J | | |
| 25. - CG Capital Markets - Money Market | A | Interest | | | Distributed | 03/06/13 | J | | |
| 26. - CG Capital Markets Core Fixed Income | A | Dividend | | | Sold | 03/06/13 | K | A | |
| 27. - CG Capital Markets Lg Capital Value Investments | A | Dividend | | | Sold | 03/06/13 | M | E | |
| 28. - CG Capital Markets Sm Capital Value Investments | A | Dividend | | | Sold | 03/06/13 | J | B | |
| 29. - CG Capital Markets Emerging Markets Investments | A | Dividend | | | Sold | 03/06/13 | L | C | |
| 30. - CG Capital Markets International Fixed Income Investments | A | Dividend | | | Sold | 03/06/13 | K | B | |
| 31. - CG Capital Markets Sm Capital Growth Investments | A | Dividend | | | Sold | 03/06/13 | K | D | |
| 32. Wells Fargo Joint (H) | | | | | | | | | |
| 33. Wells Fargo Money Market | A | Interest | N | T | Open | 03/13/13 | N | | |
| 34. Bank of India NY CD | A | Interest | | | Redeemed | 05/08/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Discover Bank Greenwood DE CD | B | Interest | M | T | | | | | |
| 36. CG Capital Markets High Yield Investments | A | Dividend | | | Sold | 03/06/13 | K | B | |
| 37. | | | | | | | | | |
| 38. Northern Trust (H) | | | | | | | | | |
| 39. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 40. - MFB NTHN CA Mun Money Mkt | A | Interest | M | T | | | | | |
| 41. Raymond James (H) | | | | | | | | | |
| 42. - JP Morgan Chase & Co. Notes | B | Interest | K | T | | | | | |
| 43. - Microsoft Coporation Stock | B | Dividend | K | T | | | | | |
| 44. - American Express MM | A | Interest | | | Distributed | 06/30/13 | L | | |
| 45. - Seadrill Limited Corporate Stock | D | Dividend | L | T | | | | | |
| 46. Regions Bank Money Market | A | Interest | | | Distributed | 06/30/13 | M | | |
| 47. Goldman Sachs Bank USA | A | Interest | M | T | Open | 06/30/13 | M | | |
| 48. Raymond James Money Market | A | Interest | M | T | Open | 06/30/13 | M | | |
| 49. Citibank Money Market | A | Interest | | | Distributed | 06/30/13 | J | | |
| 50. Raymond James IRA #1: Raymond James Bank | A | Dividend | | | Distributed | 12/31/13 | J | | |
| 51. Raymond James IRA #2: Raymond James Bank | A | Interest | J | T | Distributed (part) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raymone James IRA #2: Seadrill Ltd Stock | A | Dividend | J | T | | | | | |
| 53. Harry Pregerson 1996 Irrevocable Trust (H) | | | | | | | | | |
| 54. - US Bank cash account | A | Interest | J | T | | | | | |
| 55. - Janus Fund | A | Dividend | J | T | | | | | |
| 56. Capital One (was Ing Direct - Orange Savings) | A | Interest | M | T | | | | | |
| 57. City National Bank (H) | | | | | | | | | |
| 58. CD/Money Market | A | Interest | P1 | T | | | | | |
| 59. - Checking Accts | A | Interest | J | T | | | | | |
| 60. Janus Money Market Fund D | A | Int./Div. | N | T | | | | | |
| 61. Wells Fargo Bank cash account | A | Interest | N | T | | | | | |
| 62. Vanguard 403(B)7 A/C Total Bond Mkt Index Inv | B | Dividend | | | Distributed | 10/04/13 | L | | |
| 63. Chase (H) | | | | | | | | | |
| 64. JP Morgan Trust II Liquid Assets | A | Dividend | J | T | | | | | |
| 65. SPDR S&P 500 ETF TR | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 66. | | | | | Sold (part) | 05/23/13 | J | A | |
| 67. Vanguard Sector Index Funds | A | Dividend | | | Sold | 05/03/13 | J | A | |
| 68. Blackrock Funds II US | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/07/13 | J | | |
| 70. Cohen & Steers Realty (X) | A | Dividend | J | T | | | | | |
| 71. Delaware Group Emerging Market Funds | A | Dividend | J | T | | | | | |
| 72. Dreyfus Emerging Markets | A | Dividend | | | Buy | 05/03/13 | J | | |
| 73. | | | | | Sold | 10/3/13 | J | A | |
| 74. Federated Institutional High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 75. Goldman Sachs Emerging Market Debt Fund | A | Dividend | J | T | | | | | |
| 76. John Hancock Income Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 77. Oakmark Fund | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 78. Ishares Trust Russell 2000 Index | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 79. Ishares MSCI EAFE (X) | A | Dividend | J | T | | | | | |
| 80. JP Morgan Trust I US Equity Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 81. JP Morgan Trust II Core Bond Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |
| 82. | | | | | Sold (part) | 05/03/13 | J | A | |
| 83. | | | | | Sold (part) | 05/23/13 | J | A | |
| 84. | | | | | Sold (part) | 07/10/13 | J | A | |
| 85. | | | | | Sold (part) | 08/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/06/13 | J | A | |
| 87. JP Morgan Trust I MidCap Equity Fund Select Cl | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 88. JP Morgan Trust II High Yield Select Cl | A | Dividend | J | T | | | | | |
| 89. JP Morgan Short Duration Bond Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 05/23/13 | J | | |
| 90. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 91. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 92. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 93. | | | | | Sold (part) | 02/07/13 | J | A | |
| 94. JP Morgan Trust I Int'l Value Fund Select Cl | A | Dividend | J | T | Sold (part) | 05/03/13 | J | A | |
| 95. JP Morgan Trust I Emerging Mkts Equity Fund Select | A | Dividend | J | T | | | | | |
| 96. MFS Ser Tr X Emerging Market Debt Fund Class I | A | Dividend | J | T | | | | | |
| 97. MGS Research International Fund | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 98. Massachusetts Investors Trust | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 99. PIMCO Short Term Fund Institutional | A | Dividend | J | T | Buy | 08/09/13 | J | | |
| 100. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 101. PIMCO Total Return Fund Institutional | A | Dividend | J | T | Buy | 05/03/13 | J | | |
| 102. | | | | | Sold (part) | 08/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 22

**Name of Person Reporting**

Pregerson, Harry

**Date of Report**

06/24/2014

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105.  T Rowe Price New Income Fund Inc | A | Dividend | J | T | Buy (add'l) | 02/07/13 | J | | |
| 106. | | | | | Sold (part) | 05/03/13 | J | A | |
| 107. | | | | | Sold (part) | 05/23/13 | J | A | |
| 108. | | | | | Sold (part) | 07/10/13 | J | A | |
| 109. | | | | | Sold (part) | 08/09/13 | J | A | |
| 110. | | | | | Sold (part) | 09/06/13 | J | A | |
| 111.  Thornburg Intl Value Fund Class I | A | Dividend | J | T | | | | | |
| 112.  Transamerica High Yield Bond Fund X) | A | Dividend | J | T | | | | | |
| 113.  Vanguard Bond Index Fund | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 114. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 115. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 116.  Wells Fargo IRA (H) | | | | | | | | | |
| 117.  Energy Select Sector SPDR | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 118. | | | | | Sold (part) | 12/19/13 | J | A | |
| 119.  Financial Select Sector SPDR | A | Dividend | K | T | Buy | 03/28/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 121. | | | | | Sold (part) | 12/19/13 | J | A | |
| 122. Industrial Select Sector SPDR | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 123. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 124. | | | | | Sold (part) | 12/19/13 | J | A | |
| 125. Ishares Core S&P Midcap | B | Dividend | M | T | Buy | 03/28/13 | M | | |
| 126. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 127. | | | | | Sold (part) | 12/19/13 | J | A | |
| 128. Ishares Core S&P Smallcap | B | Dividend | M | T | Buy | 03/28/13 | M | | |
| 129. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 130. | | | | | Sold (part) | 11/08/13 | J | A | |
| 131. | | | | | Sold (part) | 12/19/13 | J | A | |
| 132. Ishares MSCI Indonesia Investable Market Index Fund | A | Dividend | | | Buy | 03/28/13 | J | | |
| 133. | | | | | Sold | 10/08/13 | J | A | |
| 134. Ishares MSCI Malaysia Index Fund | A | Dividend | K | T | Buy | 03/28/13 | J | | |
| 135. Ishares MSCI Australia | A | Dividend | | | Buy | 10/08/13 | J | | |
| 136. | | | | | Sold | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares MSCI Germany | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 138. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 139. | | | | | Sold (part) | 12/19/13 | J | A | |
| 140. Ishares MSCI Eafe Index Fund | A | Dividend | J | T | Buy | 03/28/13 | K | | |
| 141. | | | | | Sold (part) | 10/08/13 | J | A | |
| 142. Ishares MSCI Mexico Capped Investable Market Fund | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 143. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 144. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 145. | | | | | Sold (part) | 12/19/13 | J | A | |
| 146. Ishares MSCI Hong Kong | A | Dividend | | | Buy | 10/08/13 | J | | |
| 147. | | | | | Sold | 11/08/13 | J | A | |
| 148. Ishares MSCI Japan | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 149. Ishares MSCI South Korea Capped Index Fund | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 150. | | | | | Sold (part) | 10/08/13 | J | A | |
| 151. Ishares MSCI United Kingdom Index Fund | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 152. | | | | | Sold (part) | 10/08/13 | J | A | |
| 153. Ishares S&P North America Tech. Networking Index | A | Dividend | J | T | Buy | 03/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Powershares DB Commodity Index Tracking Fund | A | Dividend | J | T | Buy | 03/28/13 | K | | |
| 155. | | | | | Sold (part) | 10/08/13 | J | A | |
| 156. Select Sector SPDR Consumer Staples | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 157. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 158. Select Sector SPDR Fd. Materials | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 159. | | | | | Sold (part) | 12/19/13 | J | A | |
| 160. Select Sector SPDR Fd Health Care | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 161. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 162. | | | | | Sold (part) | 12/19/13 | K | A | |
| 163. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 164. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 165. | | | | | Sold (part) | 12/19/13 | J | A | |
| 166. SPDR Euro StoXX 50 | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 167. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 168. | | | | | Sold (part) | 12/19/13 | J | A | |
| 169. SPDR S&P Bank | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 170. SPDR S&P 500 Trust | A | Dividend | | | Buy | 10/08/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/08/13 | K | A | |
| 172. SPDR S&P Retail | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 173. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 174. | | | | | Sold (part) | 12/19/13 | J | A | |
| 175. Vanguard Telecommunications Svc | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 176. Vanguard Info. Technology | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 177. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 178. | | | | | Sold (part) | 11/08/13 | J | A | |
| 179. | | | | | Sold (part) | 12/19/13 | J | A | |
| 180. Vanguard International Equity Index Funds Emerging Markets | A | Dividend | K | T | Buy | 03/28/13 | K | | |
| 181. | | | | | Sold (part) | 10/08/13 | J | A | |
| 182. Vanguard Developed markets | B | Dividend | K | T | Buy | 03/28/13 | L | | |
| 183. | | | | | Sold (part) | 10/08/13 | K | A | |
| 184. | | | | | Sold (part) | 12/19/13 | J | A | |
| 185. Vanguard REIT | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 186. Wells Fargo Money Market Treas Obligs Fund | A | Dividend | | | Buy | 03/28/13 | J | | |
| 187. | | | | | Sold (part) | 05/16/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/08/13 | J | A | |
| 189. Egshares Emerging Markets Consumer | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 190. Wells Fargo cash | A | Interest | K | T | Open | 03/28/13 | J | | |
| 191. Wells Fargo Joint Account (H) | | | | | | | | | |
| 192. Energy Select Sector SPDR | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 193. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 194. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 195. Egshares Emergy Markets | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 196. Financial Select Sector SPDR | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 197. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 198. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 199. Industrial Select Sector SPDR | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 200. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 201. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 202. Ishares Core S& P Midcap | B | Dividend | M | T | Buy | 03/21/13 | K | | |
| 203. | | | | | Buy (add'l) | 03/25/13 | K | | |
| 204. | | | | | Buy (add'l) | 03/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ishares Core S&P Smallcap | B | Dividend | M | T | Buy | 03/21/13 | L | | |
| 206. | | | | | Buy (add'l) | 03/25/13 | K | | |
| 207. | | | | | Buy (add'l) | 03/26/13 | K | | |
| 208. | | | | | Sold (part) | 11/08/13 | K | A | |
| 209. Ishares MSCI Australia | A | Dividend | | | Buy | 10/08/13 | J | | |
| 210. | | | | | Sold | 11/08/13 | J | A | |
| 211. Ishares MSCI Germany | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 212. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 213. Ishares MSCI Hong Kong | A | Dividend | | | Buy | 10/08/13 | J | | |
| 214. | | | | | Sold | 11/08/13 | J | A | |
| 215. Ishares MSCI Indonenia | A | Dividend | | | Buy | 03/21/13 | J | | |
| 216. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 217. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 218. | | | | | Sold | 10/08/13 | J | A | |
| 219. Ishares MSCI Japan | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 220. Ishares MSCI Malaysia Index Fund | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 221. | | | | | Buy (add'l) | 03/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 223. Ishares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 224. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 225. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 226. | | | | | Sold (part) | 10/08/13 | J | A | |
| 227. Ishares MSCI Mexico Capped | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 228. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 229. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 230. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 231. Ishares MSCI S. Korea Capped Index | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 232. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 233. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 234. | | | | | Sold (part) | 10/08/13 | J | A | |
| 235. Ishares MSCI United Kingdom Index Fund | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 236. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 237. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 238. | | | | | Sold (part) | 10/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Ishares S&P N. Am. Tech. | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 240. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 241. Powershares DB Commodity Index Tracking | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 242. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 243. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 244. | | | | | Sold (part) | 10/08/13 | J | A | |
| 245. Select Sector SPDR TR Consumer Staples | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 246. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 247. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 248. Select Sector SPD Fd Materials | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 249. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 250. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 251. Select Sector SPDR Fd Health Care | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 252. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 253. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 254. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 255. | | | | | Buy (add'l) | 03/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 257. SPDR Euro StoXX 50 | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 258. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 259. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 260. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 261. SPDR S&P Bank | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 262. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 263. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 264. SPDR S&P 500 Trust | A | Dividend | | | Buy | 10/08/13 | J | | |
| 265. | | | | | Sold | 11/08/13 | J | A | |
| 266. SPDR S&P Retail | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 267. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 268. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 269. Vanguard Telecommunication Services | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 270. Vanguard Information Technology | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 271. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 272. | | | | | Buy (add'l) | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Vanguard International Equity Index Fd Emerging | A | Dividend | K | T | Buy | 03/21/13 | J | | |
| 274. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 275. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 276. | | | | | Sold (part) | 10/08/13 | J | A | |
| 277. Vanguard Developed Markets | B | Dividend | K | T | Buy | 03/21/13 | K | | |
| 278. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 279. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 280. | | | | | Sold (part) | 10/08/13 | J | A | |
| 281. Vanguard REIT | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 282. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 283. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 284. Wells Fargo Money Market | A | Dividend | K | T | Open | 03/21/13 | J | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 06/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Harry Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544